STATE OF NORTH CAROLINA v. JAMES THOMAS JACKSON

No. 7028SC271

(Filed 27 May 1970)

**Robbery § 6— common-law robbery — punishment**

Sentence of five years' imprisonment imposed upon a verdict of guilty of common-law robbery *is held* within the statutory maximum.

APPEAL by defendant from *Snepp, J.,* 17 December 1969 Session of BUNCOMBE Superior Court.

Defendant was indicted for armed robbery. He pleaded not guilty. The jury found him guilty of common-law robbery. From judgment entered on the verdict sentencing defendant to prison for a term of five years, defendant appealed.

*Attorney General Robert Morgan and Deputy Attorney General Harrison Lewis for the State.*

*Robert L. Harrell for defendant appellant.*

PARKER, J.

No exceptions or assignments of error are noted in the record. Appellant's counsel states in his brief that he has studied the record carefully and has not been able to find prejudicial error. We have also reviewed the record carefully and find no error. The indictment is sufficient to charge a violation of G.S. 14-87 and will support a conviction for common-law robbery. The verdict supports the judgment and the sentence imposed is within the maximum authorized by statute. On the record before us we find

No error.

CAMPBELL and VAUGHN, JJ., concur.